UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY WORKS AND
FARMINGTON RIVER POWER CO

  -vs-                                                    Civil No. 3:00cv571(EBB)

TRINITY COLLEGE

## J U D G M E N T

A notice of proposed dismissal [10] of the above-captioned action having been sent to counsel of record on September 30, 2004, pursuant to this Court's Local Rule 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action is dismissed without costs to any party.

Dated at New Haven, Connecticut, this 27th day of October, 2004.

Kevin F. Rowe, Clerk

By _____/s/_____
Melissa Ruocco
Deputy Clerk

EOD_____